UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AL-PINE,<br><br>    Petitioner,<br><br>v.<br><br>MARY BETH CODY,<br><br>    Respondent. | Case No. 18-cv-04383-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. No. 4 |

This is a habeas case filed pro se by a Texas prisoner. Petitioner challenges a conviction obtained in Harris County, Texas. Harris County is in the venue of the United States District Court for the Southern District of Texas.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in the Southern District of Texas, this case is **TRANSFERRED** to the United States District Court for the Southern District of Texas. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b). In view of the transfer, the Court will not rule upon plaintiff's motion to proceed in forma pauperis (Docket No. 4) which is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 10, 2018

                                                        JAMES DONATO<br>
                                                        United States District Judge

| | | |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |

CHARLES AL-PINE,

    Plaintiff,

v.

MARY BETH CODY,

    Defendant.

Case No. 18-cv-04383-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Al-Pine ID: #1422624
G12-F78 Cell
James V. All-Red Unit 2101
F.M. 369 N.
Iowa Park, TX 76367

Dated: August 10, 2018

    Susan Y. Soong
    Clerk, United States District Court

    By: _/s/ Lisa R. Clark_
    LISA R. CLARK, Deputy Clerk to the
    Honorable JAMES DONATO